# *LIPMAN & BOOTH, LLP*
## ATTORNEYS AT LAW

<u>CHRISTOPHER BOOTH</u>                                   11 BROADWAY, SUITE 967
NOAH LIPMAN (OF COUNSEL)*                          New York, New York 10004
                                                   TEL: (212) 363-6969
                                                   FAX: (212) 363-6041


                                    December 10, 2007

The Hon. Gerard E. Lynch
United States District Court
Southern District of New York
500 Pearl Street
New York, New York
VIA E.C.F.

          Re.: **<u>United States v. Michael Bass</u>**
               **07 Cr. 887 (GEL)**

Dear Judge Lynch:

        Please accept this submission as a request to modify Michael Bass' bail conditions.

        At the present, the defendant has a 9:00 p.m. curfew. The defendant requests removal of any curfew in light of work requirements this time of the year. I have spoke to U.S.P.O. Xiomara Rojas who is supervising the defendant while at liberty. She informs me that the defendant is in full compliance with his bail conditions and that there is no need for a curfew and that she has no objection to removal of same.

        I have spoken to A.U.S.A. Marissa Mole regarding this application, she in turn spoke to Ms. Rojas, and as a result the Government has no opposition to curfew removal in light of Ms. Rojas' position

        Therefore, the Court is respectfully asked to remove the curfew as a condition of the defendant's bail.

                                        Respectfully Submitted,


                                        Christopher Booth
                                        Attorney For Michael Bass


*ADMITTED TO PRACTICE IN NEW YORK AND NEW JERSEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** : | **INDICTMENT NO:**<br>**06 Cr.428 (SWK)** |
| **against** : | |
| **KIRSIX DE LA CRUZ,** | **JUDICIAL**<br>**SUBPOENA** |
| : | |
| **Defendant(s)** | |
| : | |

---

TO:   New York City Police Department
      Document Production Unit
      Subpoena Department
      One Police Plaza, Room 110C
      New York, New York 10038
      Tel: 646-610-5296

      GREETINGS:
      WE COMMAND YOU, That all business and excuses being laid
aside, you and each of you appear and attend before United States
District Court Judge **SHIRLEY WOHL KRAM, of the United States
District Court for the Southern District of New York, located at
500 Pearl Street, on the 10th day of September, 2007, at 9:30**
o'clock in the forenoon, at any recessed or adjourned date to
give testimony in this action on the part of the DEFENDANT

By providing a **complete copy of Kirsix De La Cruz's entire
personnel file.**
In lieu of appearing on the date above, compliance with this
subpoena may be made by providing said copy to Christopher Booth,
attorney for Kirsix De La Cruz as identified below

      Failure to comply with this subpoena is punishable as a
contempt of court and shall make you liable to the person on
whose behalf this subpoena was issued for a penalty not to exceed
fifty dollars and all damages sustained by reason of your failure
to comply.

      WITNESS, Hon. Shirley Wohl Kram United States District Court Judge for the Southern District of New York at 500 Pearl Street, on this   <sup>th</sup> day of September, 2007.

_____
                               U.S.D.J.

                    CHRISTOPHER BOOTH
                    LIPMAN & BOOTH, LLP
                    Attorney(s) for Kirsix De La Cruz
                    Office and Post Office Address
                    11 Broadway
                    New York, N.Y. 10004
                    Tel: 212-363-6969