# LIPMAN & BOOTH, LLP
## ATTORNEYS AT LAW

**CHRISTOPHER BOOTH**
NOAH LIPMAN (OF COUNSEL)*

11 BROADWAY, SUITE 967
New York, New York 10004
TEL: (212) 363-6969
FAX: (212) 363-6041

**MEMO ENDORSED**

December 10, 2007

The Hon. Gerard E. Lynch
United States District Court
Southern District of New York
500 Pearl Street
New York, New York
VIA E.C.F.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07
```

Re.: **United States v. Michael Bass**
07 Cr. 887 (GEL)

Dear Judge Lynch:

Please accept this submission as a request to modify Michael Bass' bail conditions.

At the present, the defendant has a 9:00 p.m. curfew. The defendant requests removal of any curfew in light of work requirements this time of the year. I have spoke to U.S.P.O. Xiomara Rojas who is supervising the defendant while at liberty. She informs me that the defendant is in full compliance with his bail conditions and that there is no need for a curfew and that she has no objection to removal of same.

I have spoken to A.U.S.A. Marissa Mole regarding this application, she in turn spoke to Ms. Rojas, and as a result the Government has no opposition to curfew removal in light of Ms. Rojas' position

Therefore, the Court is respectfully asked to remove the curfew as a condition of the defendant's bail.

Respectfully Submitted,

Christopher Booth
Attorney For Michael Bass

*ADMITTED TO PRACTICE IN NEW YORK AND NEW JERSEY

SO ORDERED

GERARD E. LYNCH, U.S.D.J.

12/12/07