# LIPMAN & BOOTH, LLP
## ATTORNEYS AT LAW

**CHRISTOPHER BOOTH**
NOAH LIPMAN (OF COUNSEL)*

11 BROADWAY, SUITE 967
New York, New York 10004
TEL: (212) 363-6969
FAX: (212) 363-6041

MEMO ENDORSED

July 2, 2008

The Hon. Gerard E. Lynch
United States District Court
Southern District of New York
500 Pearl Street
New York, New York

VIA FACSIMILE



Re.: **United States v. Michael Bass**
07 Cr. 887 (GEL)

Dear Judge Lynch:

Please accept this letter to <u>adjourn the sentence of this matter</u> currently scheduled for July 27, 2008. Due to unforseen circumstances I will not have sufficient time to prepare this case for sentencing by the 27th. Specifically, there has been and continues to be a "chicken pox quarantine" at the M.D.C. where the defendant is housed.

The defendant has participated in the pre-sentence interview and the Probation Department has generated a pre-sentence report. However, due to the chicken pox quarantine I have been unable to visit the defendant to adequately review it. Today I again contacted the M.D.C. and was informed that the quarantine is of indefinite duration. The inability to visit Mr. Bass has a rippling affect: my preparation of objections to the psr is now delayed, which in turn will delay the final psr and not until I have that will I be in a position to once again visit Mr. Bass to review same and then only after that point will I be ready to submit a sentence memorandum to Your Honor. In addition, we must also schedule a "safety valve" proffer session before sentence, which must then be evaluated and any determination with respect thereto must be utilized in our sentence submission.

Given the respective trial and summer schedules of the parties herein relative the tasks that must occur herein, a continuance must be requested. Mr. Bass is facing a lengthy jail sentence and I want to be able to have sufficient time to present the best possible arguments on his behalf.

Wherefore, it is respectfully requested that <u>the Court continues this matter to</u> an available September date. [September 12 at 2:00 p.m.]

Most Respectfully Submitted,

CC:  AUSA Marissa Mole (212)637 2387
     USPO Xiomara Rojas 212 805 4176

Christopher Booth
Attorney For Michael Bass

**SO ORDERED**

*Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
7/21/08

*ADMITTED TO PRACTICE IN NEW YORK AND NEW JERSEY