**MEMO ENDORSED**

U.S. Department of Justice



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York  10007

September 4, 2008

**BY HAND**

Honorable Gerard E. Lynch
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

RECEIVED
SEP 5 2008
CHAMBERS OF
GERARD E. LYNCH
U.S.D.J.

    Re:    **United States v. Michael Bass,**
            **07 Cr. 887 (GEL)**

Dear Judge Lynch:

    Sentencing in this matter is currently scheduled for September 12, 2008, at 2:00 p.m. The parties are still in the process of determining, however, whether defendant Michael Bass is eligible for safety valve relief.

    Accordingly, the parties jointly and respectfully request that the sentencing be postponed *to October 10, 2008, at 2 p.m.* approximately thirty days in order for the parties to continue their discussions on this matter, and then make appropriate submissions to the Court for sentencing.

                         Respectfully submitted,

                         MICHAEL J. GARCIA
                         United States Attorney

           By:   *Marissa Molé*
                Marissa Molé
                Assistant United States Attorneys
                (212) 637-2275

cc:    Christopher Booth, Esq. (by facsimile)

**SO ORDERED**

*Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
9/8/08